**Michael SHOEMAKE d/b/a MT Auto Sales, Appellant**

v.

**Jerry WATSON, Appellee.**

**No. 05–05–00090–CV.**

Court of Appeals of Texas,
Dallas.

Jan. 5, 2006.

Todd W. White, The White Law Firm, Rockwall, for Appellant.

Terry Jarvis, Dallas, for Appellee.

Before Justices O'NEILL, FITZGERALD and LANG.

## OPINION

Opinion by Justice O'NEILL.

The court has before it the parties' December 27, 2005 "Joint Motion to Vacate and Dismiss." We **GRANT** the joint motion, **VACATE** the trial court's judgment

and **DISMISS** this case. Tᴇx.R.Aᴘᴘ. P. 42.1(a)(2).